**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2026 JAN 14 PM 1:41

STELLA M. SIOMKOS,
Plaintiff,

**25-cv-4103**

v.

JOHN/JANE DOES 1–10, in their official capacities as enforcement agents, trustees, or
servicers, et al.,
Defendants.

**EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE**

Plaintiff respectfully applies for an emergency Temporary Restraining Order pursuant to Federal
Rule of Civil Procedure 65 to preserve the status quo and prevent imminent, irreparable harm.

Plaintiff faces the immediate risk of irreversible loss of her primary residence through
enforcement actions. Plaintiff has never received a single evidentiary hearing on the merits of her
claims despite raising substantial jurisdictional and constitutional defects.

Plaintiff has filed a Motion under Rule 60(b)(4) challenging the validity of the underlying
bankruptcy proceedings. Enforcement prior to adjudication of that motion would permanently
moot Plaintiff's constitutional rights and deprive Plaintiff of any meaningful remedy.

Plaintiff seeks only a temporary restraint to prevent enforcement until a court conducts a hearing
and considers evidence. Notice is not provided due to the immediacy of the harm and the risk
that enforcement will proceed before judicial review can occur. Plaintiff will provide notice as
the Court directs.

The application for emergency relief is **DENIED**. Plaintiff cannot
obtain emergency relief in this case, which has already been dismissed,
see ECF No. 5. In any event, Plaintiff fails to show a likelihood of
success on the merits, for the same reasons stated in the Court's dismissal
order. *See id.; Oneida Nation of New York v. Cuomo*, 645 F.3d 154, 164
(2d Cir. 2011). Plaintiff's pending motion to correct the judgment, ECF
No. 9, which the Court construes as a motion to reconsider the decision
to dismiss this case, will be decided in due course.

The Clerk of Court is respectfully directed to close ECF No. 13.

Dated: January 13, **2026**
New York, New York

Respectfully submitted,

Stella M. Siomkos
Pro Se
212 East 47 Street, Apt. 28F
New York, NY 10017
Tel: 917-770-7025
Email: nysstellas@gmail.com

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: January 15, 2026
New York, New York