**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re: STELLA SIOMKOS,

                Debtor,

STELLA SIOMKOS,                                                    24 **CIVIL** 8361 (DEH)

                Debtor-Appellant,

      v.


TRINITY LIFE INSURANCE COMPANY,

                Appellee.
-------------------------------------------------------------------X
 STELLA SIOMKOS,

                Plaintiff,                        25 **CIVIL** 4103 (DEH)

      v.                                           **JUDGMENT**


 HON. LISA BECKERMAN, et al.,

                Defendants.
-------------------------------------------------------------------X

       It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 20, 2026, the decision of the Bankruptcy Court case number 24 Civ. 8361 is AFFIRMED. All pending motions in that case are DENIED as moot. The various motions for reconsideration in case number 25 Civ. 4103 are DENIED, and that case is DISMISSED WITH PREJUDICE; accordingly, the cases are closed.

**Dated:** New York, New York
      March 23, 2026

                              **TAMMI M. HELLWIG**
                              _____
                                **Clerk of Court**

                **BY:**         K. mango

                                _____
                                **Deputy Clerk**